## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Stockinger et al | CASE NUMBER |
| | 2:18-mc-00088 CBM(JCx) |
| v.                                     PLAINTIFF(S) | |
| Toyota Motor Sales, U.S.A., Inc. | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)** |
| DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

| July 12, 2018 | Virginia A. Phillips |
|---|---|
| Date | United States District Judge |

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

| | |
|---|---|
| Date | United States District Judge |

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case     2:17-cv-00035 VAP(KSx)     and the present case:

- [ ] A.   Arise from the same or closely related transactions, happenings or events; or
- [x] B.   Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Chooljian_____ to Magistrate Judge _____Stevenson_____ .

On all documents subsequently filed in this case, please substitute the initials ___VAP(KSx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:18-mc-00088 VAP(KSx)___ . This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [ ] *Previous Judge*    [ ] *Statistics Clerk*