# EXHIBIT A

# DEPOSITION OF GAILYN KENNEDY
## May 4, 2018

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAUL STOCKINGER, ELIZABETH )
STOCKINGER, GAILYN KENNEDY, )
BASUDEB DEY, BRENDA FLINN, ELIEZER )
CASPER, and YVETTE ALLEY on behalf )
of themselves and all others )
similarly situated, )
                                    )
            Plaintiffs, )
                                    ) Case No.
          vs. ) 17-cv-00035-VAP-KS
                                    )
TOYOTA MOTOR SALES, U.S.A., INC., )
a California corporation, )
                                    )
            Defendant . )
_____)


DEPOSITION OF GAILYN KENNEDY

Los Angeles, California

Friday, May 4, 2018

Volume 1




Reported By:
ELIZABETH BORRELLI
CSR No. 7844
JOB No. 125970

**LUDLOW LITIGATION SUPPORT**
**833-336-3010**

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

13

1    that vehicle?
2         A.    Yvette Gayfield.
3         Q.    And who is Yvette Gayfield?
4         A.    She is the mother of a teenage boy that my
5    husband and I have been mentoring.  The car was
6    intended to be for him when he proved his -- when he
7    improved his grades at school.  It was an incentive.
8         Q.    And when you say that you -- is it fair to
9    say you then transferred title --
10        A.    Yes.
11        Q.    -- of the vehicle?
12        A.    Yes.
13        Q.    Okay.  And do you recall -- you said
14   "about a year ago."  Would -- would that be around
15   April of 2017?
16        A.    Yes.
17        Q.    Do you have any documents reflecting the
18   transfer of title?
19        A.    I don't.
20        Q.    Do you know how transfer was titled -- how
21   title was transferred?
22        A.    My husband handled that.
23        Q.    Does he have any documents reflecting the
24   transfer of title?
25        A.    I -- I doubt it.  I -- I -- I don't know.

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

14

```
 1        Q.   Did you ever ask him for documents
 2   regarding title to the vehicle in connection with
 3   this particular case?
 4        A.   No.
 5        Q.   And in connection with this particular
 6   case, did you ever ask your husband for any
 7   documents he may have concerning the 2007 Lexus?
 8        A.   Yes.
 9        Q.   Did he provide those documents --
10        A.   Yes.
11        Q.   -- to you?
12             But you did not ask him for any documents
13   regarding title of the vehicle?
14        A.   Not specifically.
15        Q.   Do you know where -- is it Mrs. Gayfield
16   or Ms. Gayfield?
17        A.   She's -- she's not married.  I'm not sure
18   what she goes by --
19        Q.   I --
20        A.   -- but Ms. Gayfield -- they -- I'm sorry.
21   Finish the question.
22        Q.   No, I was just --
23        A.   Where she lives or --
24        Q.   That's fine.  Yeah, I was going to ask
25   where Ms. Gayfield lives.
```

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

15

```
 1      A.   They -- she and her son, Aaron, live in
 2   Oakland, California.
 3      Q.   Okay.  Do you know her address, street
 4   address?
 5      A.   I don't.  She's moved.  I mean, I have it
 6   at home.
 7      Q.   Okay.  And do you know whether her -- her
 8   son made the grades necessary to get the car?
 9      A.   Yes.  He took possession of the car.
10      Q.   Okay.  How old is her son?
11      A.   He just turned 18 May 1st.
12      Q.   And that's May 1st this year?
13      A.   Yes.
14      Q.   Okay.  So do you know whether title has
15   been transferred to him now that he is 18 years of
16   age and has taken possession of the car?
17      A.   I don't know for certain.
18      Q.   Okay.  And so when you transferred the
19   2007 Lexus vehicle to Ms. Gayfield in around April
20   of 2017, do you know how many miles the vehicle had
21   on it at that time?
22      A.   I don't know exactly, but the car was 10
23   years old, so my guess would be around 100,000.
24   That's purely a guess.
25      Q.   Okay.  Maybe 130,000 or so?
```

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

19

```
 1        Q.   Okay.  And do you still have a
 2   relationship with Ms. Gayfield?
 3        A.   Yes.
 4        Q.   How often do you see them?
 5        A.   Not often.  We're friends on Facebook.  My
 6   husband talks to Aaron more than I do.  Personally,
 7   I -- I don't have contact with Aaron.  His birthday,
 8   certainly, I did.  I would say once every six
 9   months --
10        Q.   Okay.
11        A.   -- for me.
12        Q.   And you said your husband speaks with
13   Aaron on the phone occasionally?
14        A.   They text --
15        Q.   Okay.
16        A.   -- about sports and things, yes.
17        Q.   Do you know how frequently they -- they do
18   that?
19        A.   I would say monthly.
20        Q.   Okay.  What was -- how did it come about
21   that you decided to transfer title of your 2007
22   Lexus to Ms. Gayfield?
23        A.   We wanted to purchase a new car.  The car
24   was 10 years old, and the trade-in value wasn't
25   much, and Tim thought it would be a -- an idea to
```

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

20

1  give it to Aaron as a gift.  And this is something
2  that we've historically done, is -- is give cars to
3  family members when we upgrade.
4      Q.  And do you recall when you and your
5  husband discussed that, doing that?
6      A.  Over a year ago, yes.
7      Q.  And do you then -- after you had that
8  discussion, did you approach Ms. Gayfield or did
9  your husband approach Ms. Gayfield?
10     A.  My husband did.
11     Q.  Okay.  Do you know what her reaction was
12  when he -- he offered this -- this Lexus vehicle to
13  her?
14     A.  I believe she was very happy and pleased
15  that -- with the gift.
16     Q.  And were you present or your husband
17  present when -- when Aaron turned 18 and -- and took
18  possession of the vehicle?
19         MR. GRADEN:  Objection.
20         MR. ERCOLE:  Sorry, this is another --
21  another rule I should have mentioned, and I
22  neglected to say this yesterday too, which is I may
23  ask questions and your counsel may have objections
24  to them.  But since this is a deposition, unless he
25  instructs you not to answer, you need to respond to

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

22

1  A. I don't know if she drove the car or not.
2  I -- I don't know.
3  Q. And -- and so is it -- is it possible that
4  the car sort of sat in -- was the car in her
5  driveway? Does she have a drive -- Ms. Gayfield
6  have a driveway in her house?
7  A. Yes.
8  Q. Okay. And is it possible that the car
9  would have sat in the driveway for a year until
10 Aaron took possession of the vehicle?
11 A. No.
12 Q. Okay.
13 A. Not that long.
14 Q. And if -- how -- why is it that you say it
15 would not have sat in the driveway? How would you
16 know that it didn't sit in the driveway?
17       MR. GRADEN: Objection.
18       You can answer.
19       THE WITNESS: He had his learner's permit.
20 Tim helped to teach him to drive. And I know that
21 he would drive the car with his mother before he was
22 legally able to drive the car alone. So the car was
23 definitely driven. I just don't know how frequently
24 or -- or between the two of them, who did the
25 majority of the driving. I don't know.