UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STOCKINGER, ELIZABETH STOCKINGER, GAILYN KENNEDY, BASUDEB DEY, ELIEZER CASPER, YVETTE ALLEY, and NORMAN BEIL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,<br><br>Defendant. | Case No. 2:18-mc-00088-VAP-KS<br>Case No. 2:18-mc-00087-VAP-KS<br>Case No. 2:18-mc-00084-VAP-KS<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE HEARING DATE FOR MOTIONS TO QUASH THIRD-PARTY SUBPOENAS** |

Based on Yvette Gayfield, Timothy Barabe, Deanne Casper, and Toyota Motor Sales, U.S.A., Inc.'s ("the Parties") Stipulated Request to Reschedule Hearing Date for Motions to Quash Third-Party Subpoenas and good cause having been shown, **IT IS HEREBY ORDERED** as follows:

1. The hearing on the Gayfield Motion, the Barabe Motion, and the Casper Motion is hereby continued from August 8, 2018 at 11:00 a.m. to August 15, 2018 at 11:00 a.m.

Dated July 27, 2018

*Karen L. Stevenson*
U.S. MAGISTRATE JUDGE
KAREN L. STEVENSON